UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK **CV 12**

**4673**

AMMAAD JOHNSON,

                                        Plaintiff,

                    -against-

Detective SARAFIN RESTO, Shield No. 3625;
Undercover Police Officer No. C-0033; and Police
Officers JOHN and JANE DOES 1 through 10,
individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the
true names are presently unknown),

                                        Defendants.
----------------------------------------------------------------- x

**COMPLAINT**

Jury Trial Demanded

BLOCK, J.

POLLAK, M.J

## NATURE OF THE ACTION

1.      This is an action to recover money damages arising out of the violation

of plaintiff's rights under the Constitution.

## JURISDICTION AND VENUE

2.      This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the

Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

3.      The jurisdiction of this Court is predicated upon 28 U.S.C. §§ 1331 and

1343.

4.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b) and (c).

## JURY DEMAND

5.      Plaintiff demands a trial by jury in this action.

## **PARTIES**

6.    Plaintiff Ammaad Johnson ("plaintiff" or "Mr. Johnson") is a resident of Kings County in the City and State of New York.

7.    Defendant Sarafin Resto, Shield No. 3625 ("Resto"), at all times relevant herein, was an officer, employee and agent of the NYPD.  Defendant Resto is sued in his individual and official capacities.

8.    Defendant Undercover Officer No. C-0033 ("UC #C-0033"), at all times relevant herein, was an officer, employee and agent of the NYPD.  Defendant UC #C-0033 is sued in his individual and official capacities.

9.    At all times relevant defendants John and Jane Doe 1 through 10 were police officers, detectives or supervisors employed by the NYPD.  Plaintiff does not know the real names and shield numbers of defendants John and Jane Doe 1 through 10.

10.    At all times relevant herein, defendants John and Jane Doe 1 through 10 were acting as agents, servants and employees of defendant City of New York and the NYPD.  Defendants John and Jane Doe 1 through 10 are sued in their individual and official capacities.

11.    At all times relevant herein, all individual defendants were acting under color of state law.

2

## STATEMENT OF FACTS

12.     At approximately 7:45 p.m. on April 8, 2011, plaintiff was lawfully in the vicinity of 488 East 98th Street in Brooklyn, New York.

13.     Plaintiff was walking to his grandmother's house when several unmarked cars pull up alongside of the sidewalk.

14.     As plaintiff continued to walk, defendants jumped out of the vehicles.

15.     A defendant officer in plain clothes grabbed plaintiff and told him not to move so as not to alert plaintiff's "friend."

16.     Plaintiff advised that he did not know to whom the officer was referring, but complied and did not move.

17.     Defendants began to enter a basement, remove individuals unknown to plaintiff and line them up next to plaintiff.

18.     Defendants demanded identification from plaintiff and the other individuals.

19.     Plaintiff provided his identification.

20.     Plaintiff was searched by defendants, handcuffed, put into a van and taken to a police precinct.

21.     Approximately 24 hours later plaintiff was transported to Brooklyn Central Booking.

22.     The officers falsely informed employees of the Kings County District

3

Attorney's Office that they had observed plaintiff engaged in the sale of marijuana and in possession of marijuana.

23.    The officers had neither observed plaintiff engaged in the sale of marijuana nor in possession of marijuana.

24.    After spending approximately 24 hours in Central Booking, plaintiff made bail and was released.

25.    After making several court appearances, all criminal charges against plaintiff were dismissed on or about September 13, 2011.

26.    Plaintiff suffered damage as a result of defendants' actions.  Plaintiff was deprived of his liberty, suffered emotional distress, mental anguish, fear, anxiety, embarrassment, humiliation, and damage to his reputation.

## FIRST CLAIM
### Unlawful Stop and Search

27.    Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

28.    Defendants violated the Fourth and Fourteenth Amendments because they stopped and searched plaintiff without reasonable suspicion.

29.    As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

4

## SECOND CLAIM
### False Arrest

30.    Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

31.    Defendants violated the Fourth and Fourteenth Amendments because they arrested plaintiff without probable cause.

32.    As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## THIRD CLAIM
### Malicious Prosecution

33.    Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

34.    By their conduct, as described herein, and acting under color of state law, defendants are liable to plaintiff under 42 U.S.C. § 1983 for the violation of his constitutional right to be free from malicious prosecution under the Fourth and Fourteenth Amendments to the United States Constitution.

35.    Defendants' unlawful actions were done willfully, knowingly, with malice and with the specific intent to deprive plaintiff of his constitutional rights.    The prosecution by defendants of plaintiff constituted malicious prosecution in that there

5

was no basis for the plaintiff's arrest, yet defendants continued with the prosecution, which was resolved in plaintiff's favor.

36.     As a direct and proximate result of defendants' unlawful actions, plaintiff has suffered, and will continue to suffer, damages, including mental and emotional injury and pain, mental anguish, suffering, humiliation, embarrassment and loss of reputation.

### FOURTH CLAIM
### Denial Of Constitutional Right To Fair Trial

37.     Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

38.     The individual defendants created false evidence against plaintiff.

39.     The individual defendants forwarded false evidence to prosecutors in the Kings County District Attorney's office.

40.     In creating false evidence against plaintiff, and in forwarding false information to prosecutors, the individual defendants violated plaintiff's constitutional right to a fair trial under the Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution.

41.     As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## FIFTH CLAIM
### Failure to Intervene

42.    Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

43.    Those defendants that were present but did not actively participate in the aforementioned unlawful conduct observed such conduct, had an opportunity prevent such conduct, had a duty to intervene and prevent such conduct and failed to intervene.

44.    Accordingly, the defendants who failed to intervene violated the Fourth and Fourteenth Amendments.

45.    As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully requests judgment against defendants as follows:

    (a) Compensatory damages against all defendants, jointly and severally;

    (b) Punitive damages against the individual defendants, jointly and severally;

    (c) Reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1988; and

    (d) Such other and further relief as this Court deems just and proper.

DATED:    September 18, 2012
           New York, New York

                HARVIS WRIGHT
                SALEEM & FETT LLP

                _____
                Baree N. Fett
                305 Broadway, 14th Floor
                New York, New York 10007
                (212) 323-6880
                bfett@hwsflegal.com

                *Attorney for plaintiff*